## Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 61  
**IP Address:** 72.227.153.218  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7EE037A2CE46858575B7A649A329190DED3144FD<br>File Hash:<br>86C341BE7EA13C9304EBA639F39D46D0F1E64D62E716D24E77870C601285180A | 11-13-2022 14:01:48 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 2 | Info Hash: 7C27BF095E4F194CF45757269281F48FF810FD09<br>File Hash:<br>AB0A8264525BCAB853B2C49533E4DAA1A773A8801E286C169036253E64C206EB | 10-16-2022 14:27:52 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 3 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash:<br>B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 09-25-2022 13:57:05 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 4 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash:<br>2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-04-2022 13:53:32 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 5 | Info Hash: 965B5BBEA963E113EE8E66F110174B2C40480BEA<br>File Hash:<br>C7CADBB767545674BB6B8B449C45C0236F507FB1DD20174EB47E8FCF335D5962 | 08-09-2022 19:52:51 | Tushy | 04-21-2018 | 05-23-2018 | PA0002101309 |
| 6 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash:<br>55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 07-31-2022 15:04:58 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 7 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash:<br>81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 13:56:27 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 8 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash:<br>78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 07-05-2022 14:21:39 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 9 | Info Hash: 912CCDFF2D975032EB1CDE8DBBD4F5CF9A870F59<br>File Hash:<br>DBE19E7606259E40EE0127B68C2E9720B4327680993BD2CC4BC400FF769A4B98 | 06-12-2022 14:58:48 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 10 | Info Hash: D58CBAAF703BCD1529BB3D3E9757E25FBE79C08E<br>File Hash:<br>9BC063C8C7D60079A96DC9335516348B33DFB84A0DDEB6DF2A6FC7EC8EE9D8E7 | 05-31-2022 13:36:10 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 11 | Info Hash: CB559D4FEF06F2317C82DE641FE89E45845A390C<br>File Hash:<br>71F996F76A7E4AE0DEB9678B4F9AE0C87B6656A265F7C3182E213364F65E5811 | 05-03-2022 11:54:26 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash: CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 04-10-2022 21:55:07 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 13 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash: 0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 04-03-2022 14:26:11 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 14 | Info Hash: 8718D1A730597C8875843BC558E09F3F826B2CA8<br>File Hash: 9DA51859B1898834419940EC5ECB7219D68EF073463B076855A03D3715ECA676 | 03-22-2022 19:00:16 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 15 | Info Hash: 051D34E23334E775BADDB2E6D44B554659B70352<br>File Hash: B689DD45562F442F3D8F3826A771C9E400070FE767ACB08881AEB0460CFDFE34 | 03-05-2022 15:04:48 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 16 | Info Hash: 869B59F8458BB745FEC06D0FB6573DD27D7CD8F2<br>File Hash: AE6B574E5E895357389809F18BA5F70C675AD22B5F5FFFE79171461B37BACF02 | 02-20-2022 14:58:57 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 17 | Info Hash: 634268CAEBB1D79DD97EA42DD3BE2D2656797C22<br>File Hash: CBDDAF90046321F70E4D201793A9A5D45CE7E07DA918561654C82628879A8D02 | 01-27-2022 15:49:18 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 18 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01-02-2022 14:43:14 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 19 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash: 654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 12-27-2021 14:54:54 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 20 | Info Hash: 61481B5FD34BFA22EBFC3CF9086AD5581100AC59<br>File Hash: F80B94C60778475D7FDA98C6D496A2F704E9BF700D76C22075407A4A9F417EE4 | 12-14-2021 15:07:20 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 21 | Info Hash: 2A3718418920E8D80A36D02393F7E6CF44970EE6<br>File Hash: EAED696B9570348621E5B65C6E904BBC2681AE92449F55BAAFAFD0B4CB126C03 | 12-07-2021 15:50:01 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 22 | Info Hash: A6064CF22BFA42CDCB19E03B6AA4FA59CAB344E4<br>File Hash: 77D757404F8D6B089EB864BB3DBF713196E725B7A6633DF26AEEEADDC0191C63 | 12-05-2021 15:55:41 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 23 | Info Hash: 617CA9ED4F993A3FA8FF10C9C8E2C365C611F3C2<br>File Hash: BEBCFBFD77CA2285D3BFB1987858BD972F8BCF1F652C9603AD8AAD6A416DED84 | 11-23-2021 17:11:32 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: DFEBDE1F0440B91F41FD2995753F356B9B050507<br>File Hash:<br>21FACA4786223C2EE40D7C7AA6245D84FE8C091BA279FECBE626371FC32FEB2F | 11-23-2021<br>15:47:48 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 25 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash:<br>4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-14-2021<br>14:56:38 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 26 | Info Hash: BF799CA7187B8FFD6B49959E13F1D7FD203FA1C3<br>File Hash:<br>5401FADA9281892C875F0E0B07AB1111F1BADF243FE2979BF86E3FFC56B1A742 | 10-13-2021<br>13:47:36 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 27 | Info Hash: 1F2E16E9503F87795563BCA9D30F97D6BC966DB0<br>File Hash:<br>5E314C6D939A42E8D9DD3E55F3B0D6A5B15C492F5758B6A8DF32844C4076BCA2 | 10-04-2021<br>17:50:57 | Vixen | 03-05-2018 | 04-17-2018 | PA0002116085 |
| 28 | Info Hash: CBC3AF9ECD9F7F172C74D630954E70E07D940C70<br>File Hash:<br>C2A71106B694349FD7B4F3472031A125B23687978B8613DAEDD06A1CEBC7D9A4 | 10-04-2021<br>12:50:31 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 29 | Info Hash: E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash:<br>B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-14-2021<br>14:55:50 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 30 | Info Hash: E76216D75788F550875F1524EFCA15609F7BD35F<br>File Hash:<br>BC214A41B65BC5B6E1F073D85F6C8BAAA789384A607A507610AE465E544EF29B | 08-20-2021<br>14:36:50 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 31 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash:<br>9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-08-2021<br>14:49:07 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 32 | Info Hash: B93B469375A854DE092DDB78F45BC9F9CE5B9ED8<br>File Hash:<br>75505285620C45A4726764BBEFF53A50B35C05BBCE564EE11FE634E13A75B6DA | 07-04-2021<br>14:20:19 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 33 | Info Hash: 5932CA5D6A3BAC6DD2286427B783E4E835B1734B<br>File Hash:<br>D619FEE3395230167C059E657A7083BA9664A6F9137C63F12C583B00DC06F804 | 03-28-2021<br>14:32:37 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 34 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash:<br>41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 02-28-2021<br>16:25:48 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 35 | Info Hash: 388F364AFF0B58A31EA9C1E48CD3344B3165477D<br>File Hash:<br>6036D1859EA524A83DDEA0BAE67BBFBA279CE91D5FB114A4E326EA7267373E4E | 02-25-2021<br>16:12:18 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BF797419A29FE1276359C8C40DC7B8F8E59FDC1B<br>File Hash: D6A6ADB0EA4C85B4B77544D3DC4ADFFFCBD645B53C03D19693AE505C16011ED1 | 01-30-2021 16:11:16 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 37 | Info Hash: E4CB6256C753527AFD99F2CDE9C142EFC3DFC762<br>File Hash: B0B86DCE9782548DE9C033D2FA8D30F4BAEF4A6CEB45F24547E3C0191081AE1C | 01-25-2021 22:48:45 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 38 | Info Hash: 98FC57A17C8BA587A11437F1344635581984DFF3<br>File Hash: 12C882B158BC2F592230B549DF276E32D1409D08DD5AA3911228C81B4A8E3ABF | 01-02-2021 16:52:13 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 39 | Info Hash: 7778C5D5A53E468022BE5A94543F55EF02FE96A0<br>File Hash: E00E3AA3ADA6D4C7B7ACF503085C5DA4A4E828981E8FE9F0F060A5EF77FDE933 | 12-27-2020 17:12:42 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 40 | Info Hash: 11E64453F91924A64C1C1720A271017F290E2B39<br>File Hash: 904C2247653B60E9604DC72F64408373DE95B68033BAC2C18E8839B36B32E126 | 12-25-2020 16:47:40 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 41 | Info Hash: 010D47EEE0C4400508A6A320A57F2C6CC2D57B61<br>File Hash: 337290D4DB1A7D7E8C30C7FA677F71F897DD2B8C35766BFC3E2F01EF69F07089 | 12-25-2020 16:11:27 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 42 | Info Hash: CBA0783CF6966E0830D53C90D289FF1EFB306463<br>File Hash: AC07E22B51D482710B2F91D60C2614E8C6523BB9766C70C2CBA7879ED20C6543 | 12-22-2020 16:58:56 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 43 | Info Hash: 9A867D341ADC5D53AD0BA73D8C87F14713FEFFFA<br>File Hash: 834365A3A56697870258E6D7C1AA2FA1A47E82BE61C6CA23F238AC9D59C11024 | 12-03-2020 22:43:18 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 44 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11-28-2020 22:37:26 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 45 | Info Hash: AF83F0498433595CA405D5BA503668E39140BE7E<br>File Hash: 1758F9FF705A88510CFB1DF88597276C51A2A6CF8968519E990F20D0A91194FA | 11-01-2020 14:58:58 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 46 | Info Hash: 5555D41E1F8D8EDD7B6D66ABC90A9DE0D20D2F68<br>File Hash: 1ECBD28FE7B2EC1078ECCDFADF78AC73592D9AD113754DED150A586FA922E678 | 10-11-2020 14:48:36 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 47 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-14-2020 21:25:41 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 10475D8B0A2780C4D9C7939ED17721913F72CF9C<br>File Hash: 8B684EB9EB692102FC19E7A8B6C3E2C5445F7E8B506A42C5830F834439263327 | 08-29-2020 13:07:38 | Vixen | 08-21-2020 | 09-22-2020 | PA0002265927 |
| 49 | Info Hash: 2E789CEFF0ADB7249007919D24A54BDE2BAEFCA5<br>File Hash: FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 08-28-2020 21:58:57 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 50 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash: BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 08-23-2020 22:15:24 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 51 | Info Hash: 38D92FB893D7345C93ABDF478E151586E68C32E2<br>File Hash: 14DB1632E4F713B38D6F374A50531A5D5EDEC3AFFD1F5EC3265BAB3552664EED | 08-10-2020 00:05:02 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 52 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-20-2020 13:41:16 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 53 | Info Hash: D24A9F94A8730AD4AD6BD8EC14AFFDA124E010DD<br>File Hash: F51F34B8468397A5268ED94AA3622BDD77CDF8BBA6360564FB85A8364619F983 | 07-11-2020 15:40:59 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 54 | Info Hash: 9A9A5BD85B60418AA1B011C2674B5EA04DE3BE29<br>File Hash: 805B59B49AEBDB1080E6E9A4437AA0EB153D34B378C50B9CE053538291FDF2AB | 05-31-2020 22:44:27 | Tushy | 05-31-2020 | 06-16-2020 | PA0002253261 |
| 55 | Info Hash: F0BAC3A20DF2E27E05BBB4C174650445E3EA57C9<br>File Hash: 07CFD9743F558824CFE596E181BCBB4A848A7E02A1EC5F54722594BB6DE99E80 | 05-24-2020 21:53:57 | Tushy | 05-24-2020 | 06-16-2020 | PA0002253262 |
| 56 | Info Hash: 3662C2650C2B562EB3858F39E1C0A474A86D6EFF<br>File Hash: 5F79666BB59E5C66A1D809CBF50E66448B08F4619AA3ED70E2587DB0AD66D5C8 | 05-22-2020 19:28:51 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 57 | Info Hash: B501987D2632C152D33E53DD49BFCA366E48E2C6<br>File Hash: 1295CDBEAF992F628DA4196720EF8213B08BF8039C1E6DD4622652607B52AB60 | 05-03-2020 21:15:20 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 58 | Info Hash: EA39AD116E1AD82A259908E827ABCC1AAF1D19D5<br>File Hash: A32E449C200FC59E4D3B31C88E075432B1C4DB5C74BE06F8C2F9FD2F05FE6B0D | 05-03-2020 00:34:10 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 59 | Info Hash: 3AFA5D1A4DDDF15739192F86AD64E4711A2F7A32<br>File Hash: AA1312A9C012D8F7A0E54B5B2003A8B4E45675E08691880B56BA0028918B8DE3 | 04-25-2020 14:58:11 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 60 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash:<br>36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 03-15-2020<br>16:00:59 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 61 | Info Hash: 7900C7077A3D53102228E17B96FD8D72A694A5F4<br>File Hash:<br>17A4B0866205898235D310F0484A2609AE21AC37870C77A9FD82E9C90D87C2C1 | 02-25-2020<br>21:44:26 | Tushy | 02-25-2020 | 04-15-2020 | PA0002245083 |